UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEPHIA BOHALL,

                Plaintiff,

   v.

LOUIS DEJOY, POSTMASTER GENERAL,

CASE NO. 2:22-cv-00244-RAJ-BAT

**ORDER PRETRIAL SCHEDULE**

This case has been referred to the undersigned United States Magistrate Judge for all pretrial proceedings. The Court has reviewed the parties' Joint Status Report and Discovery Plan (Dkt. 13) and orders the following pretrial schedule:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | **7/29/22** |
| Deadline for amending pleadings | **8/10/22** |
| Proposed protective order is due by | **9/1/22** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **1/6/2023** |
| All motions related to discovery must be noted for consideration no later than | **2/10/2023** |
| Discovery to be completed by | **3/17/2023** |

ORDER PRETRIAL SCHEDULE - 1

| | |
|---|---|
| All dispositive motions must be filed pursuant to CR 7(d) | **4/14/2023** |
| All *Daubert* motions must be filed by (same as dispositive) | **4/14/2023** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### Trial Date

The assigned District Judge, the Honorable Richard A. Jones, will set the date of trial.

### Discovery and Cooperation

Under CR 37(a), the parties should resolve all discovery matters by agreement if possible.

### Findings of Fact and Conclusions of Law

The parties shall work together on proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawd.uscourts.gov.

### Privacy Policy

Under LCR 5.2(a), parties must redact the following information before a pleading or exhibit is filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

ORDER PRETRIAL SCHEDULE - 2

**Settlement and Mediation**

The Parties do not believe the Court should order mediation or settlement under the local rules. The Court accordingly does not designate this case for settlement or mediation under CR 39.1. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: andy_quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

DATED this 11th day of July, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER PRETRIAL SCHEDULE - 3