UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEPHIA BOHALL, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LOUIS DEJOY, Postmaster General, United States Postal Service,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-0244-RAJ-BAT<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM REPRESENTING PLAINTIFF |

This matter, having come before the Court pursuant to LCR 83.2, and upon the stipulation of the parties to the substitution of Plaintiff's counsel and change of firm of Plaintiff's counsel, the Court hereby ORDERS as follows:

1. Pursuant to LCR 83.2, Mark Davis is permitted to appear in this matter by and through Dickerson Davis Ahmed, PLLC.

2. The firm of Dethlefs Sparwasser Reich Dickerson, PLLC is permitted to withdraw from this matter.

ORDER GRANTING SUBSTITUTION OF COUNSEL AND
CHANGE OF FIRM REPRESENTING PLAINTIFF - 1

3. All further pleadings, discovery and correspondence shall be sent to Mr. Davis at the following addresses:

>Dickerson Davis Ahmed, PLLC
>100 Second Avenue, Suite 190
>Edmonds, WA 98020
>Ph: 425-776-1352
>Fx: 425-776-2467
>e-mail: mark@lawdda.com

4. Aubrie Hicks and the firm Dobson Hicks, PLLC are unaffected by this order and shall continue as co-counsel for Plaintiff.

Dated this 12th day of June, 2023.

>_____
>BRIAN A. TSUCHIDA
>United States Magistrate Judge

Presented by:

/s/ AUBRIE HICKS_____
Aubrie Hicks, WSBA No. 46446
DOBSON HICKS, PLLC
12055 15th Ave. NE, Ste D
Seattle, WA 98125
T: (206) 492-5183
aubrie@dobsonhicks.com

/s/: MARK DAVIS_____
Mark K. Davis, WSBA No. 38713
Formerly of Dethlefs Sparwasser Reich Dickerson, PLLC
100 Second Avenue S., Ste. 190
Edmonds, WA 98020
Ph: 425-776-1352
Fx: 425-776-2467
mark@lawdda.com
**Counsel for Plaintiff**

ORDER GRANTING SUBSTITUTION OF COUNSEL AND
CHANGE OF FIRM REPRESENTING PLAINTIFF - 2

/s/ A<small>NNALISA</small> C<small>RAVENS</small>
Annalisa Cravens, TX No. 24092298
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA 98101-1271
T: 206-553-7970
annalisa.cravens@usdoj.gov
**Counsel for Defendant**